Rev 6/14

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Theresa Brooke, *a married woman dealing with her sole and separate claim*,<br><br>                                          Plaintiff,<br><br>          vs.<br><br>Brick Hotel LLC, *a California limited liability company*,<br><br>                                          Defendant. | CASE NO.  25-cv-00391-AJB-MMP<br><br><br>JUDGMENT AND DISMISSAL BY COURT PURSUANT TO F.R.Civ.P. 4(m) FOR WANT OF PROSECUTION |

The above-entitled cause, having come before the court on a calendar call pursuant to notice under Fed. R. Civ. P. 4(m) for failure to serve process, and it appearing to the court that the summons and complaint have not been served, and no extension of time to serve has been requested, therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled cause is hereby dismissed without prejudice for want of prosecution.

Dated:  8/21/2025

_____
Hon. Anthony J. Battaglia
United States District Judge